## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Lin, et. al. v. Hua, et. al.　　　　　　　　Docket No.: 15-1173

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Wayne Scott Kreger

Firm: Law Offices of Wayne Kreger

Address: 303 5th Avenue, Suite 1201, New York, New York 10016

Telephone: 212-956-2136　　　　　Fax: 212-956-2137

E-mail: wayne@kregerlaw.com

Appearance for: All Defendants
　　　　　　　　　　　(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Schiller Law Group　　　　　　　　)
　　　　　　　　　　　　　　　　　　　(name/firm)

[ ] Substitute counsel (replacing other counsel:　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　(name/firm)

[ ] Additional counsel (co-counsel with:　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　(name/firm)

[ ] Amicus (in support of:　　　　　　　　　　　)
　　　　　　　　　　　　　(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on May 7, 2015　　　　　　　　　　　　　　　OR

[ ] I applied for admission on　　　　　　　　　　　.

Signature of Counsel:

Type or Print Name: Wayne Scott Kreger